PAUL A. ENGLISH et al., Respondents, *v.* CHARLES B. BROWN, Appellant, Impleaded with Others.

*English* v. *Jones*, 118 App. Div. 898, affirmed.
(Argued May 4, 1909; decided May 18, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 5, 1907, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to recover for an alleged breach of contract.

*Henry J. McCormick* and *Edwin Countryman* for appellant.

*Herbert B. Shoemaker* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.   Absent: CULLEN, Ch. J.

---

SOLOMON BALLIN, Respondent, *v.* THE FOURTEENTH STREET STORE, Appellant.

*Ballin* v. *Fourteenth Street Store*, 123 App. Div. 582, affirmed.
(Argued May 4, 1909; decided May 18, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 11, 1908, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover for goods sold and delivered, defended on the ground that the contract of sale was void as being against public policy and in violation of section 384R of the Penal Code.

*Benjamin G. Paskus* and *Sydney Bernheim* for appellant.

*Sydney W. Stern* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.   Absent: CULLEN, Ch. J.